UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOREEN FELL,<br><br>  Plaintiff<br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC<br><br>and SCHLEE AND STILLMAN, LLC,<br><br>  Defendants | Case No.: 14-cv-05512-GAM |

## STIPULATION TO EXTEND TIME TO PLEAD

AND NOW on this 28th, day of October, 2014, Plaintiff, DOREEN FELL, by and through her counsel, Brent Vullings, Esq., and Defendants, CAVALRY PORTFOLIO SERVICES, LLC and SCHLEE AND STILLMAN, LLC, by and through their counsel, Shannon Miller, Esq., do hereby agree and stipulate that Defendants are given an extension until **November 14, 2014** to file a responsive pleadings to Plaintiff's Complaint (Doc No. 1). No prior extensions have been granted.

/s/ SHANNON MILLER
_____
Shannon Miller, Esq.
MAURICE & NEEDLEMAN, P.C.
Executive Commons, Suite One
175 Strafford Avenue
Wayne, PA 19087
*Attorney for Defendants*

/s/ BRENT VULLINGS
_____
Brent Vullings, Esq.
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
*Attorney for Plaintiff*

BY THE COURT:

_____