UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
**DOREEN F. FELL**              :          Case No. 2:14-cv-05512-GAM
    **Plaintiff**                :
                                :
    **vs.**                      :
                                :
**CAVALRY PORTFOLIO SERVICES, LLC** :
    **&**                        :
**SCHLEE AND STILLMAN, LLC**    :
    **Defendants**               :
_____:

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, DOREEN F. FELL, and the defendants, CAVALRY PORTFOLIO SERVICES, LLC and SCHLEE AND STILLMAN, LLC, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY:  /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff

Maurice and Needleman, PC

BY:  /s/ *Shannon P. Miller*
    Shannon P. Miller, Esq.
    Attorney for Defendants

IT IS SO ORDERED.

_____
J.